IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HIAWATHA TIBBS,

        Petitioner,

v.                                       3:10cv404-WS/EMT

STATE OF FLORIDA,

        Respondent.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed October 19, 2010. See Doc. 11. The magistrate judge recommends that the petitioner's petition for writ of error coram nobis be denied. The petitioner has filed no objections to the magistrate judge's report and recommendation.

This court having determined that the magistrate judge's report and recommendation should be adopted, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 11) is hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's petition for writ of error coram nobis (doc. 1) is DENIED.

3. The clerk shall enter judgment accordingly.

DONE AND ORDERED this __17th__ day of __November__, 2010.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE